UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROYBAL DE AGUERO,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT MILLER, et al.,<br><br>        Defendants. | Case No. 18-cv-01870-VC<br><br>**ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE**<br><br>Re: Dkt. No. 2 |

      The motion for leave to proceed in forma pauperis is granted, because it appears that Fedelina Roybal de Aguero is unable to pay the filing fees. However, the complaint is dismissed without prejudice because the plaintiff has failed to state a claim upon which relief may be granted. To the extent the plaintiff seeks to appeal a bankruptcy court order, she should file a bankruptcy appeal instead of a notice of removal from bankruptcy court.

      **IT IS SO ORDERED.**

Dated: June 27, 2018

                                                              VINCE CHHABRIA<br>
                                                              United States District Judge